COMPLAINT UNDER 42 USC §1983, CIVIL RIGHTS ACT-TDCJ-ID (Rev. 7/97)

IN THE UNITED STATES DISTRICT COURT
FOR THE <u>Southern</u> DISTRICT OF TEXAS
<u>Corpus Christi</u> DIVISION

United States District Court
Southern District of Texas
FILED
MAR 16 2000
MICHAEL N. MILBY CLERK

<u>Franklin G. Hill   835438</u>
Plaintiff's name and ID Number

<u>WILLACY COUNTY CORRECTIONS-RAYMONDVILLE, TEXAS 78580</u>
Place of Confinement

CASE NO. C-00-113
(Clerk will assign the number)

v. <u>WAYNE SCOTT- EXECUTIVE DIRECTOR
TEXAS DEPARTMENT OF CRIMINAL JUSTICE
INSTITUTIONAL DIVISION
P.O. BOX 99 HUNTSVILLE TEXAS 77342</u>
Defendant's name and address
<u>WARDEN DARRELL ANDERSON - WILLACY COUNTY CORRECTIONS</u>

<u>1695 S. BUFFALO DR. RAYMONDVILLE, TEXAS 78580</u>
Defendant's name and address
<u>LINDA COLLINS - MEDICAL ADMINISTRATOR</u>

<u>1695 S. BUFFALO DR. RAYMONDVILLE, TEXAS 78580</u>
Defendant's name and address
( DO NOT USE "ET AL.")

---

### INSTRUCTIONS - READ CAREFULLY

NOTICE:

**Your complaint is subject to dismissal unless it conforms to these instructions and this form.**

1. To start an action you must file an original and one copy of your complaint with the court. You should keep a copy of the complaint for your own records.

2. Your complaint must be <u>legibly</u> handwritten, in ink, or typewritten. You, the plaintiff, must sign and declare under penalty of perjury that the facts are correct. If you need additional space, **DO NOT USE THE REVERSE SIDE OR BACK SIDE OF ANY PAGE.** ATTACH AN ADDITIONAL BLANK PAGE AND WRITE ON IT.

3. You must file a separate complaint for each claim you have unless the various claims are all related to the same incident or issue or are all against the same defendant, Rule 18, Federal Rules of Civil Procedure. Make a short and plain statement of your claim, Rule 8, Federal Rules of Civil Procedure.

4. When these forms are completed, mail the original and one copy to the Clerk of the United States Court for the appropriate District of Texas in the Division where one or more named defendants are located, or where the incident giving rise to your claim for relief occurred. The list labeled as "VENUE LIST" is posted in your unit law library. It is a list of the Texas prison units indicating the appropriate District Court, the Division and an address list of the Divisional Clerks.

1.

# FILING FEE AND IN FORMA PAUPERIS

1. In order for your complaint to be filed, it must be accompanied by the filing fee of $150.00.

2. If you do not have the necessary funds to pay the filing fee in full at this time, you may request permission to proceed *in forma pauperis*. In this event you must complete the application to proceed *in forma pauperis (IFP)*, setting forth information to establish your inability to prepay the fees and costs or give security therefor. You must also include a current six (6) month history of your Inmate Trust Account. You can acquire the application to proceed IFP and appropriate Inmate Account Certificate from the law library at your prison unit.

3. 28 U.S.C. 1915, as amended by the Prison Litigation Reform Act of 1995 (PLRA), provides, "...if a prisoner brings a civil action or files an appeal *in forma pauperis*, the prisoner shall be required to pay the full amount of a filing fee." Thus, the Court is required to assess and, when funds exist, collect, the entire filing fee or an initial partial filing fee and monthly installments until the entire amount of the filing fee has been paid by the prisoner. If you submit the application to proceed *in forma pauperis*, the Court will apply 28 U.S.C. 1915 and, if appropriate, assess and collect the entire filing fee or an initial partial filing fee, then monthly installments from your Inmate Account, until the entire $150 filing fee has been paid.

4. If you intend to seek *in forma pauperis* status, then do not send your complaint without an Application to Proceed IFP, and the Certificate of Inmate Trust Account. Complete all the essential paperwork before submitting it to the Court.

## CHANGE OF ADDRESS

It is your responsibility to inform the Court of any change of address and its effective date. Such notice should be marked "NOTICE TO THE COURT OF CHANGE OF ADDRESS" and shall not include any motion (s) for any other relief. Failure to file a NOTICE TO THE COURT OF CHANGE OF ADDRESS may result in the dismissal of your complaint pursuant to Rule 41(b), Federal Rules of Civil Procedure.

I. PREVIOUS LAWSUITS:

    A. Have you filed *any* other lawsuits in state or federal court relating to your imprisonment? ___YES √NO

    B. If your answer to "A" is "yes," describe each lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, giving the same information.)

        1. Approximate date of filing lawsuit:_____

        2. Parties to previous lawsuit:

            Plaintiff(s)_____

            Defendant(s)_____

        3. Court: (If federal, name the district; if state, name the county.) _____

        4. Docket Number:_____

        5. Name of judge to whom case was assigned:_____

        6. Disposition: (Was the case dismissed, appealed, still pending?) _____

        7. Approximate date of disposition:_____

II. PLACE OF PRESENT CONFINEMENT: <u>WILLACY COUNTY CORRECTIONS - RAYMONDVILLE, TEXAS</u>

III. EXHAUSTION OF GRIEVANCE PROCEDURES:

Have you exhausted both steps of the grievance procedure in this institution?   ✓ YES   __ NO

Attach proof of the Step 2 grievance with the response supplied by the prison system.

IV. PARTIES TO THIS SUIT:

A. Name and address of plaintiff: <u>FRANKLIN G. HILL</u>
<u>1695 S. BUFFALO DR</u>
<u>RAYMONDVILLE, TEXAS 78580</u>

B. Full name of each defendant, his official position, his place of employment, and his full <u>mailing</u> address.

Defendant #1: <u>WAYNE SCOTT - EXECUTIVE DIRECTOR OF TDCJ-ID</u>
<u>P.O. BOX 99 HUNTSVILLE, TEXAS 77342</u>

Briefly describe the act(s) or omission(s) of this defendant which you claimed harmed you.
<u>FAILURE TO INSTRUCT STAFF / DELIBERATE INDIFFERENCE GENERALLY</u>

Defendant #2: <u>DARREL ANDERSON - WARDEN OF WILLACY COUNT CORRECTIONS</u>
<u>1695 S. BUFFALO DR. RAYMONDVILLE, TEXAS 78580</u>

Briefly describe the act(s) or omission(s) of this defendant which you claimed harmed you.

Defendant #3: <u>DAVID FORREST - WARDEN OF WILLACY COUNTY CORRECTIONS</u>
<u>1695 S. BUFFALO DR. RAYMONDVILLE, TEXAS 78580</u>

Briefly describe the act(s) or omission(s) of this defendant which you claimed harmed you.
<u>FAILED TO FOLLOW UP TO SEE IF I RECEIVED PROPER MEDICAL TREATMENT</u>

Defendant #4: <u>RAMON RODRIGUEZ - ASSISTANT WARDEN OF WILLACY</u>
<u>COUNTY CORRECTIONS. 1695 S. BUFFALO DR. RAYMONDVILLE, TEXAS 78580</u>

Briefly describe the act(s) or omission(s) of this defendant which you claimed harmed you.
<u>DENIED GRIEVANCE TO GET PROPER MEDICAL TREATMENT</u>

Defendant #5: <u>LINDA COLLINS - MEDICAL ADMINISTRATOR OF WILLACY</u>
<u>COUNTY CORRECTIONS - 1695 S. BUFFALO DR. RAYMONDVILLE, TEXAS 78580</u>

Briefly describe the act(s) or omission(s) of this defendant which you claimed harmed you.
<u>FAILED TO GIVE PROPER MEDICAL TREATMENT</u>

V. **STATEMENT OF CLAIM:**

State here in a short and plain statement the facts of your case, that is, what happened, where did it happen, when did it happen, and who was involved. Describe how <u>each</u> defendant is involved. <u>You need not give any legal arguments or cite any cases or statutes</u>. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Attach extra pages if necessary, but remember that the complaint must be stated briefly and concisely. IF YOU VIOLATE THIS RULE, THE COURT MAY STRIKE YOUR COMPLAINT.

UPON ARRIVING TO TDCJ-ID (GARZA W. UNIT) I BROUGHT TO THE ATTENTION OF THE DOCTOR THAT I MAY HAVE CONTRACTED A SEXUALLY TRANSMITTED DISEASE PRIOR TO BEING INCARCERATED. THE REASON BEING IS I HAD UNPROTECTED SEX AND I STARTED GETTING RASHES, AND SORES ON PARTS OF MY BODY THAT I NORMALLY HADN'T BEEN GETTING. THERE MAY HAVE BEEN OTHER SYMPTOMS PRESENT SUCH AS; DISCHARGE FROM PENIS, FEVER, AND HEADACHE WHICH I MAY NOT KNEW WERE RELATED TO STD'S. WHEN I ARRIVED AT THE WILLACY COUNTY FACILITY I PUT IN SEVERAL SICK CALLS AND HAVE SEEN BOTH DOCTORS ABOUT MY PROBLEM. DR. TERAN COMMITTED SUICIDE AND IS NO LONGER AT THE FACILITY. NEITHER DR. TERAN NOR THE PRENT DOCTOR (DR. DESAI) TESTED ME TO MAKE SURE IT WASN'T AN STD. THEY BOTH SAID I DIDN'T HAVE ANY SYMPTOMS. THEY INSISTED IT WAS ONLY STRESS CAUSING THE SORES AND RASHES.

cont'd on next page

**RELIEF:** State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.

ALLOW ME TO FURTHER PURSUE FOR COMPENSATION. I WOULD LIKE TO SUE FOR 2.3 MILLION DOLLARS

VII. **GENERAL BACKGROUND INFORMATION:**

A. State, in complete form, all names you have ever used or been known by including any and all aliases:
CHIP

B. List all TDCJ-ID identification numbers you have ever been assigned and all other state or federal prison or FBI numbers ever assigned to you, if known to you. 835438

VIII. **SANCTIONS:**

A. Have you been sanctioned by any court as a result of any lawsuit you have filed? ____YES ✓ NO

B. If your answer is "yes", give the following information for every lawsuit in which sanctions were imposed. (If more than one, use another piece of paper and answer the same questions.)

1. Court that imposed sanctions (if federal, give the district and division): NONE
2. Case Number: N/A
3. Approximate date sanctions were imposed: N/A
4. Have the sanctions been lifted or otherwise satisfied? ____YES ✓ NO

C. Has any court ever warned or notified you that sanctions could be imposed? ____YES ✓ NO

4

(CONT'D FROM PREVIOUS PAGE)

Dr. TERAN DID SET AN APPOINTMENT WITH AN DERMATOLOGIST. THE DERMATOLOGIST DID PRESCRIBE A CREAM FOR THE RASH, BUT THEY EVENTUALLY STOPPED GIVING ME THE CREAM. THE CREAM DID CONTROL THE RASH.

I HAVE FILED STEP 1, AND 2 GRIEVANCE'S TO TRY TO GET TESTED FOR STD'S. I STILL HAVE NOT BEEN TESTED AND STILL HAVE SYMPTOMS.

WAYNE SCOTT IS EXECUTIVE DIRECTOR OF TDCJ-ID, WHICH HAS ME AT THIS PRIVATELY OPERATED FACILITY. HE IS NOT MAKING SURE THE MEDICAL STAFF OR WARDENS AT WILLACY COUNTY CORRECTIONS FOLLOW PROPER MEDICAL PROCEDURES SO THAT US INMATES RECEIVE THE TREATMENT WE NEED.

D. If your answer is "yes", give the following information for every lawsuit in which warning was imposed. (If more than one, use another piece of paper and answer the same questions.)

    1. Court that imposed warning (if federal, give the district and division): ____N/A____

    2. Case Number: ____N/A____

    3. Approximate date warnings were imposed: ____N/A____

Executed on: 2-28-2000
DATE

FRANKLIN G. HILL
_Franklin W. Hill_
(Signature of plaintiff)

**PLAINTIFF'S DECLARATIONS**

1. I declare under penalty of perjury all facts presented in this complaint and attachments thereto are true and correct.
2. I understand if I am released or transferred, it is my responsibility to keep the Court informed of my current mailing address and failure to do so may result in the dismissal of this lawsuit.
3. I understand that I must exhaust all available administrative remedies prior to filing this lawsuit.
4. I understand I am prohibited from bringing an *in forma pauperis* lawsuit if I have brought three or more civil actions in a Court of the United States while incarcerated or detained in any facility, which lawsuits were dismissed on the ground they were frivolous, malicious, or failed to state a claim upon which relief may be granted, unless I am under imminent danger of serious physical injury.
5. I understand even if I am allowed to proceed without prepayment of costs, I am responsible for the entire $150 filing fee and costs assessed by the Court, which shall be deducted in accordance with the law from my inmate account by my custodian until the filing fee is paid.

Signed this ____28____ day of ____FEBUARY____, 19 ____2000____.
      (Day)          (month)         (year)

FRANKLIN G. HILL
_Franklin W. Hill_
(Signature of plaintiff)

**WARNING:** The Plaintiff is hereby advised any false or deliberately misleading information provided in response to the following questions will result in the imposition of sanctions. The sanctions the Court may impose include, but are not limited to monetary sanctions and/or the dismissal of this action with prejudice.

5

STATE OF TEXAS

COUNTY OF WILLACY

BEFORE ME *M. Pierce*, on this day personally appeared *Franklin Gaddis Hill*, TDCJ Number *835438*, proved to me through a TDCJ-ID card to be the person whose name is subscribed to the foregoing instrument and acknowledged to me that he executed the same for the purposes and consideration therein expressed.

Given under my hand and seal of office this *28th* day of *February*, 2000.

*M. Pierce*
Notary of Public, State of Texas

My commission expires:

*Aug. 2, 2003*

MARGARET PIERCE
Notary Public, State of Texas
My Commission Expires
August 02, 2003

# TEXAS DEPARTMENT OF CRIMINAL JUSTICE
## INSTITUTIONAL DIVISION
## INMATE GRIEVANCE FORM
FORMA PARA QUEJAS DE LOS PRESOS

**STEP 2 / PASO 2**

Inmate Name / Nombre Del Preso: FRANKLIN G. HILL
Inmate TDCJ Number / Numero Del TDCJ Preso: 835438
Unit / Unidad: WILLACY STATE JAIL
Housing Assignment / Vivienda Asignada: H2-A19

**OFFICE USE ONLY / Para Uso De La Oficina Solamente**

Unit Number: 9908166022
UGC Date Rec'd: JAN 05 1999
RGC Date Rec'd: JAN 19 1999
Code: 622
RGC Number:
UGC Signature: [signed]
RGC Signature:

4B-E-K     a

**INMATE'S REASON FOR APPEAL** (State specific dissatisfaction) / RAZON QUE DA EL PRESO PARA APELAR (Especifique el motivo de su disatisfaccion):

ON 12-3-98 I FILED A GRIEVANCE ON THE MEDICAL DEPT. FOR A VISIT TO THE CLINIC ON 11-13-98. DR. TERAN SAID THAT I HAD NO SYPTOMS OF ANY STD'S, BUT DIDN'T PHYSICALLY CHECK ME. HE TOLD ME THERE WERE NO SYMPTOMS. WELL, BEFORE WHEN I CONTRACTED AN STD I DIDN'T HAVE SYPTOMS, SO THE SYMPTOMS HE WAS LOOKING FOR MAY NOT ALWAYS BE PRESENT. I FEEL THAT I MAY HAVE CONTRACTED SOMETHING BECAUSE SORES AND RASHES CONTINUE TO APPEAR AND DISAPPEAR. SO HOW WOULD HE KNOW IF HE DOESN'T DO ANY TEST? I WAS THEN CHARGED FOR THIS NON-TREATMENT. SOMETHING I'VE BEEN PREVIOUSLY SEEN FOR. WHEN I FIRST ARRIVED HERE THEY TOLD US IN ORIENTATION THAT WE WILL NOT BE CHARGED FOR THINGS WE'VE ALREADY BEEN SEEN FOR. IF I AM CHARGED FOR MY 11-13-98 VISIT, THEN WHY WASN'T I CHARGED FOR GETTING A CLIPPER SHAVE PASS? I HAVE NOT BEEN SEEN FOR ANYTHING NEW. IF YOU GUYS ARE GOING TO CHARGE ME $3.00, AND DON'T WANT TO HONOR MY MEDICAL REQUEST, THEN I GUESS I JUST LOSE $3.00, BUT I DO KEEP RECORDS OF EVERYTHING, SO LATER IF SOMETHING PHYSICALLY OCCURS TO ME BECAUSE I COULDN'T GET TESTED WE WILL HAVE ANOTHER PROBLEM TO DEAL WITH.

Inmate's Signature / Firma Del Preso: Franklin W. Hill
Date / Fecha: 1-4-99

**REGIONAL DIRECTOR'S Decision and Reason / Decision Del DIRECTOR REGIONAL y Razones:**

According to the Offender Orientation Handbook only one issue will be addressed per grievance. Record review reflects the physician saw you on 11/13/98 and you did not display symptoms at that time of a sexually transmitted disease. The medical management of any patient is determined by the attending clinician. It is his/her decision to prescribe treatment as deemed necessary for your medical care. You have made no other request to be tested for a sexually transmitted disease. You may wish to submit a Sick Call Request if you feel your condition has changed warranting a re-evaluation. Appeal Denied.

Regional Director's Signature / Firma Del Director Regional: Rochelle McKinny, R.N., M.A.
Date / Fecha: 2/8/99

If you are not satisfied with the Regional Director's Response, you may appeal to the Deputy Director through your Unit Grievance Coordinator. (See reverse side for further instructions.) / Si usted no esta satisfecho con la Decision del Director Regional puede apelar al Deputy Director por medio del Coordinador de Quejas de su Unidad. (Vea el reverso donde hallara instrucciones adicionales.)

I-128 (Rev. 3/90)                2-14                J0342/p1