IN THE UNITED STATES DISTRICT COURT
FOR THE <u>Southern</u> DISTRICT OF TEXAS
<u>Corpus Christi</u> DIVISION

United States District Court
Southern District of Texas
FILED

MAR 16 2000

MICHAEL N. MILBY CLERK

C-00-113

<u>FRANKLIN G. HILL   835438</u>
Plaintiff's name and ID Number

<u>WILLACY COUNTY CORRECTIONS - RAYMONDVILLE, TEXAS</u>
Place of Confinement

CASE NO. _____
(Clerk will assign the number)

v. <u>WAYNE SCOTT· Executive Director</u>
<u>Texas Department of Criminal Justice</u>
<u>Institutional Division·</u>
<u>P.O. Box 99 Huntsville, Texas 77342</u>
Defendant's name and address

APPLICATION TO PROCEED
IN FORMA PAUPERIS

I, <u>FRANKLIN G. HILL</u>, declare, depose, and say I am the Plaintiff in the above entitled case. In support of my motion to proceed without being required to prepay fees, costs, or give security therefor, I state because of my poverty, I am unable to pay in advance the filing fee for said proceedings or to give security for the filing fee. I believe I am entitled to relief.

I, further declare the responses which I have made to the questions and instructions below are true.

1. Have you received, within the last 12 months, any money from any of the following sources?

   a. Business, profession or from self-employment      Yes☐ No☑
   b. Rent payments, interest or dividends?             Yes☐ No☑
   c. Pensions, annuities or life insurance payments?   Yes☐ No☑
   d. Gifts or inheritances?                            Yes☐ No☑
   e. Family or friends?                                Yes☑ No☐
   f. Any other sources?                                Yes☐ No☑

   If you answered YES to any of the questions above, describe each source of money and state the amount received from each during the past 12 months.

   <u>I receive different amounts of money from my family ranging from $25 to $100 dollars.</u>

2. Do you own cash, or do you have money in a checking or savings account, including any funds in prison accounts?

   Yes☑      No☐

   If you answered YES, state the total value of the items owned.

   <u>$56.84</u>

3. Do you own any real estate, stocks, bonds, notes, automobiles, or other valuable property, excluding ordinary household furnishings and clothing?

   Yes ☐             No ☑

If you answered YES, describe the property and state its approximate value.

_____
_____

I understand a false statement in answer to any question in this affidavit will subject me to penalties for perjury. I declare (certify, verify, or state) under penalty of perjury that the foregoing is true and correct (28 U.S.C. §1746).

Signed this the ____10____ day of ____MARCH____, 19 2000

_____*Franklin W. Hill*_____  ____835438____
Signature of Plaintiff                ID Number

**YOU MUST ATTACH A CURRENT SIX (6) MONTH HISTORY OF YOUR INMATE TRUST ACCOUNT. YOU CAN ACQUIRE THE APPROPRIATE INMATE ACCOUNT CERTIFICATE FROM THE LAW LIBRARY AT YOUR PRISON UNIT.**

\* THE STAFF HERE AT WILLACY COUNTY CORRECTIONS ARE DELAYING ME FROM GETTING MY CURRENT (6) MONTH HISTORY. I'M AM TRYING TO SPEAK TO THE WARDEN ABOUT THIS MATTER.

Revised 6/97