**"COMPLIANCE"**  C-00-113

```
CSINIB02/CINIB02     TEXAS DEPARTMENT OF CRIMINAL JUSTICE        03/27/00
ER06/KKE1563             IN-FORMA-PAUPERIS DATA                  12:11:48
TDCJ#: 00835438 SID#: 05865542 LOCATION: WILLACY     INDIGENT DTE: 00/00/00
NAME: HILL,FRANKLIN GADDIS              BEGINNING PERIOD: 09/01/99
PREVIOUS TDCJ NUMBERS:
CURRENT BAL:       129.02 TOT HOLD AMT:         0.00 3MTH TOT DEP:   200.00
6MTH DEP:          400.00 6MTH AVG BAL:       147.95 6MTH AVG DEP:    66.67
MONTH HIGHEST BALANCE TOTAL DEPOSITS     MONTH HIGHEST BALANCE TOTAL DEPOSITS
02/00        143.63             0.00     11/99        196.51          125.00
01/00        181.68           100.00     10/99        178.66           75.00
12/99        146.83           100.00     09/99        274.50            0.00
PROCESS DATE     HOLD AMOUNT     HOLD DESCRIPTION
```

**United States District Court**
**Southern District of Texas**
**FILED**

**APR - 6 2000**

**MICHAEL N. MILBY CLERK**

STATE OF TEXAS, COUNTY OF _Walker_
ON THIS THE _27th_ DAY OF _March_, _00_, I CERTIFY THAT THIS DOCUMENT IS A TRUE,
COMPLETE, AND UNALTERED COPY MADE BY ME OF INFORMATION CONTAINED IN THE
COMPUTER DATABASE REGARDING THE OFFENDER'S ACCOUNT. NP SIG: _Mary Centilli_
PF1-HELP PF3-END ENTER NEXT TDCJ NUMBER: _____ OR SID NUMBER: _____

5.