IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

United States District Court
Southern District of Texas
ENTERED
APR 11 2000
Michael N. Milby, Clerk of Court

9.

| | | |
|---|---|---|
| FRANKLIN G. HILL | § | |
| | § | |
| v. | § | C.A. NO. C-00-113 |
| | § | |
| WAYNE SCOTT, et al | § | |

### ORDER OF REFERENCE

The plaintiff has filed his Consent to Proceed Before a Magistrate Judge (D.E. #6). It is therefore ORDERED that this matter is assigned to a United States Magistrate Judge to conduct all further proceedings, including entry of final judgment, in accordance with 28 U.S.C. § 636(c). Neals v. Norwood, 59 F.3d 530 (5th Cir. 1995). Any appeal will proceed directly to the United States Court of Appeals for the Fifth Circuit. 28 U.S.C. 636(c)(3).

In the event service of process is ordered, each defendant shall be given an opportunity to consent to trial before a magistrate judge. Absent consent by all defendants, this Order of Reference will be vacated and the case returned to the undersigned for final disposition.

SIGNED this 7<sup>d</sup> day of April, 2000.

JANIS GRAHAM JACK
UNITED STATES DISTRICT JUDGE