```
                                       United States District Cou
                                       Southern District of Texas
                                                FILED
     IN THE UNITED STATES DISTRICT COURT
     FOR THE SOUTHERN DISTRICT OF TEXAS    APR 18 2000
             CORPUS CHRISTI DIVISION
                                       MICHAEL N. MILBY CLERK
```

FRANKLIN G. HILL              §
                              §   Civil Action No. 00-113
v.                            §
                              §
WAYNE SCOTT                   §

## MOTION FOR VOLUNTARY DISMISSAL

I, __FRANKLIN G. HILL__, plaintiff, seek voluntary dismissal under Rule 41(a), Fed. R. Civ. P. because I do not want to pay the filing fee in this case.

_Franklin G. Hill_
Plaintiff

__4-15-2000__
Date

10.