UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

United States District Court
Southern District of Texas
ENTERED
11. APR 21 2000
Michael N. Milby
Clerk of Court

| | |
|---|---|
| FRANKLIN G. HILL | § |
| | § |
| v. | § C. A. NO. C-00-113 |
| | § |
| WAYNE SCOTT | § |

**FINAL JUDGMENT**

Pursuant to plaintiff's motion under Rule 41(a), Fed. R. Civ. P. (D.E. 10), this action is dismissed without prejudice.

This is a final judgment.

SIGNED this ___20___ day of April 2000.

_____
JANE COOPER-HILL
UNITED STATES MAGISTRATE JUDGE